UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 02-362(01)(DWF)

United States of America,

v.

Douglas Lumir Stolba,

Defendant.

**NOTICE OF MOTION**

TO: Douglas A. Kelley and Steven E. Wolter, DOUGLAS A. KELLEY, P.A., Centre Village Offices, Suite 2530, 431 South Seventh Street, Minneapolis, Minnesota 55415, and Joseph S. Friedberg, FRIEDBERG LAW OFFICE, 250 Second Avenue South, #205, Minneapolis, MN 55401;

Stan Efron, HENSON & EFRON, 220 South Sixth Street, Suite 1800, Minneapolis, MN 55402-0002;

David E. Krause, KRAUSE & ROLLINS, CHTD., 310 Groveland Avenue, Minneapolis, MN 55403;

Jan Stuurmans, JAN STUURMANS, P.A., 12 South Sixth Street Minneapolis, MN 55402-1508

**PLEASE TAKE NOTICE** that at a hearing scheduled before the Honorable Donovan W. Frank at the Temporary United States District Courthouse, Room 1, 180 East Fifth Street , St. Paul, Minnesota, 55101, on November 30, 2007, at 8:30 a.m., ING Financial Advisers, LLC, ING Life Insurance and Annuity Company, and Woodbury Financial Services, Inc., will jointly move the Court, pursuant to 18 U.S.C. § 3664(j)(1) to be substituted as restitutionary payees, in whole or in part, to the Judgment and Order of March 5, 2003.

Dated: 10/31/07

**HALLELAND LEWIS NILAN & JOHNSON, P.A.**

By /s/Teresa J. Kimker

Teresa J. Kimker (# 252736)
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4501
612.338.1838
612.338.7858 (Fax)

ATTORNEYS FOR ING LIFE INSURANCE AND ANNUITY COMPANY AND ING FINANCIAL ADVISERS, LLC

Dated: 10/31/07

**DORSEY & WHITNEY LLP**

By /s/James K. Langdon

James K. Langdon (# 171931)
50 South Sixth Street, #1500
Minneapolis, MN 55402-1498
612.340-2600
612.340-2868 (Fax)

ATTORNEYS FOR WOODBURY FINANCIAL SERVICES, INC.