UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Douglas Lumir Stolba,

Defendant.

Case No. 02-362(01)(DWF)

**AFFIDAVIT OF TERESA J. KIMKER IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF RESTITUTION ORDER**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

TERESA J. KIMKER, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys representing ING Life Insurance and Annuity Company ("ILIAC") and ING Financial Advisers, LLC ("IFA") in connection with the above-captioned matter and the civil lawsuits related to same. I am a member in good standing of this Court.

2. My statements herein are based upon my personal knowledge and, where indicated, upon a review of the documents attached as exhibits to this affidavit.

3. Attached as Exhibit 1 to this affidavit is a true and correct copy of this Court's Order and Judgment of March 5, 2003, which orders defendant Douglas L. Stolba ("Stolba") to make restitution to certain of his victims, as identified in the Order, in the total amount of $5,597,155.23.

4. Arlis J. Baker Hahn, Duane Baker, Barbara Jean Blake, Shirley Brosh, Teresa Callies, Jacquelynn Carlson, Robert Carnes, Marlys Cohen, Janet Davison, Thomas C. Davison and Marilyn J. Davison, Florence K. Felknor, Virginia Felknor, Karolynn N. Gritton, Frances A. Kolb, Kenneth G. LaVone, Hartley H. Medin, Beatrice Nelson, Deann Parsons, Mark J. Raskob and Monica T. Raskob, Gerald and Karen Reiter, Mary Lu Sierzant, Gerald W. Voyda and Kathleen M. Voyda, Jeanette Weeks, and James Zimmerman (collectively "Master Settlement Group") are each identified as victims entitled to restitution from Stolba in the Restitution Order of March 5, 2003. Each member of the Master Settlement Group brought separate suits against one or more of ILIAC, IFA, or Woodbury Financial Services, Inc. ("Woodbury") in District Court for the State of Minnesota, Fourth Judicial District, Hennepin County.

5. In February, 2005, ILIAC, IFA, and Woodbury entered into a Master Settlement with the Master Settlement Group, by which ILIAC, IFA, and Woodbury agreed to and did pay a lump sum to the Master Settlement Group in exchange for individual releases from each member of the Master Settlement Group and dismissal of each of their lawsuits.

6. The total sum that ILIAC, ILA and Woodbury paid to the Master Settlement Group exceeds the total amount of restitution ordered to each individual member of the Master Settlement Group pursuant to the Order and Judgment of March 5, 2003.

7. Alice and Edwin Albertson are also named as victims in the Restitution Order and the Albertsons brought suit against ILIAC in the District Court for the State of Minnesota, Fourth District, Hennepin County.

8. Edwin Albertson passed away after commencement of the lawsuit and, thereafter, Alice Albertson was the sole remaining plaintiff.

9. In August 2003, ILIAC entered into a settlement agreement with Alice Albertson by which ILIAC agreed to and did pay a certain sum to Alice Albertson in exchange for a release and dismissal of her lawsuit.

10. The sum paid to Alice Alberston is less than the amount of restitution Stolba was ordered to pay to her in the Order and Judgment of March 5, 2003.

11. Susan Brosh is named as a victim in the Restitution Order and she threatened litigation to pursue claims against IFA and ILIAC arising from Stolba's conduct.

12. In January 2006, IFA and ILIAC entered into a settlement agreement with Susan Brosh by which they agreed to and did pay a certain sum to her in exchange for a release of all claims against ILIAC, IFA, and Woodbury.

13. The sum paid to Susan Brosh is less than the amount of restitution Stolba was ordered to pay to her in the Order and Judgment of March 5, 2003.

**FURTHER YOUR AFFIANT SAYETH NOT.**

/s/Teresa J. Kimker
Teresa J. Kimker

Subscribed and sworn to before me
this 31st day of October, 2007.

/s/Molly Leger_________________
Notary Public