UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 02-362(01)(DWF)

United States of America,

Plaintiff,

v.

Douglas Lumir Stolba,

Defendant.

**AFFIDAVIT OF JAMES K. LANGDON IN SUPPORT OF JOINT MOTION FOR MODIFICATION OF RESTITUTION ORDER**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

JAMES K. LANGDON, being first duly sworn upon oath, deposes and states:

1. I am one of the attorneys representing Fortis Investors, Inc., n/k/a Woodbury Financial Services, Inc.("Fortis Investors") in connection with the above-captioned matter and the civil lawsuits related to same. I am a member in good standing of this Court.

2. Fortis Investors entered into a Confidential Settlement Agreement and General Release with Warren R. Bolin settling claims Mr. Bolin had alleged in connection with the actions of Douglas L. Stolba. In accordance with that Agreement, Fortis Investors paid Mr. Bolin a sum certain.

3. The sum paid to Warren Bolin is less than the amount of restitution Stolba was ordered to pay to him in the Order and Judgment of March 5, 2003.

Subscribed and sworn to before
me this 30th day of October, 2007.

James K. Langdon

Notary Public

DIANNA L. BREYMEIER
Notary Public-Minnesota
My Commission Expires Jan 31, 2010