AFFIDAVIT OF SERVICE

**STATE OF MINNESOTA )**
**)ss.**
**COUNTY OF HENNEPIN )**

Re: USA v. Douglas L. Stolba
Court File No. MC 02-362(01)

**Molly Leger,** being first duly sworn, on oath deposes and says that on the 31st day of October, 2007, she deposited in the United States mail an envelope properly sealed and with postage prepaid thereon, addressed to:

Douglas A. Kelley
Steven E. Wolter
DOUGLAS A. KELLEY, P.A.
Centre Village Offices
Suite 2530
431 South Seventh Street
Minneapolis, MN 55415

David E. Krause
KRAUSE & ROLLINS, CHTD.
310 Groveland Avenue
Minneapolis, MN 55403

Stan Efron
HENSON 7 EFRON
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402-0002

Jan Stuurmans
JAN STUURMANS, P.A.
12 South Sixth Street
Minneapolis, MN 55402-1508

the last known address of said addressee(s), in which envelope she had first placed a true and correct copy of the attached:

1) Notice of Motion;
2) Joint Motion of ING Financial Advisers, LLC, ING Life Insurance and Annuity Company, and Woodbury Financial Services, Inc. for Modification of Restitution Order;
3) Affidavit of Teresa J. Kimker in Support of Joint Motion for Modification of Restitution Order;
4) Affidavit of James K. Langdon in Support of Joint Motion for Modification of Restitution Order; and
5) Proposed Order Granting Motion.

/s/Molly Leger
Molly Leger

Subscribed to and sworn before me
this 31st day of October, 2007.

/s/Christene Bazinet
Notary Public