**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CRIMINAL MINUTES - Motion Hearing

UNITED STATES OF AMERICA,
Plaintiff,
v.
Douglas Lumir Stolba ,
Defendant(s).

## COURT MINUTES

BEFORE: Donovan W. Frank
U.S. District Judge

Case No: 02-362 (DWF)
Date: December 14, 2007
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 8:30 AM
Time Concluded: 8:55 AM
Time in Court: 25 Minutes

## APPEARANCES:

Plaintiff: Mary Trippler, Assistant U.S. Attorney, Assistant U.S. Attorney
Defendant: No appearance made on behalf of defendant.
Garnishee: Teresa Kimker for ING Life Insurance and Annuity Company

Interpreter / Language: N/A

## MINUTES:

Hearing held on Motion to Modify Restitution Order (Document No. 43). Written order forthcoming.

s/Gina Olsen
Signature of Calendar Clerk