**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Criminal No. 02-362(1) (DWF)

United States of America,

Plaintiff,

v.

Douglas Lumir Stolba,

Defendant.

**ORDER GRANTING THE JOINT MOTION OF ING FINANCIAL ADVISERS, LLC, ING LIFE INSURANCE AND ANNUITY COMPANY, AND WOODBURY FINANCIAL SERVICES, INC. FOR MODIFICATION OF RESTITUTION ORDER**

---

Mary Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Teresa J. Kimker, Esq., Halleland Lewis Nilan & Johnson PA, counsel for Garnishee ING Life Insurance and Annuity Company.

---

This matter is before the Court on the Joint Motion of ING Financial Advisers, LLC, ING Life Insurance and Annuity Company, and Woodbury Financial Services, Inc., for a modification of the restitution order entered in this case on March 5, 2003.

Based upon the parties' memorandum, the argument of counsel, and all of the proceedings herein,

**IT IS HEREBY ORDERED:**

The Judgment and Order of March 5, 2003, shall be and hereby is modified as follows:

a) ING Financial Advisers, LLC, ING Life Insurance and Annuity Company, and Woodbury Financial Services, Inc., jointly and severally, are substituted as payees under the restitution order to the extent of the restitution balance due as of the date of this order, for the following victims: Arlis J. Baker Hahn, Duane Baker, Barbara Jean Blake, Shirley Brosh, Teresa Callies, Jacquelynn Carlson, Robert Carnes, Marlys Cohen, Janet Davison, Thomas C. Davison and Marilyn J. Davison, Florence K. Felknor, Virginia Felknor, Karolynn N. Gritton, Frances A. Kolb, Kenneth G. LaVone, Hartley H. Medin, Beatrice Nelson, Deann Parsons, Mark J. Raskob and Monica T. Raskob, Gerald and Karen Reiter, Mary Lu Sierzant, Gerald W. Voyda and Kathleen M. Voyda, Jeanette Weeks, and James Zimmerman;

b) ILIAC is substituted as payee under the restitution order as to Alice Albertson in the amount of $65,000, payable to ILIAC only after restitution victims have been paid in full;

c) IFA and ILIAC are jointly substituted as payees under the restitution order as to Susan Brosh in the amount of $190,000, payable jointly to IFA and ILIAC only after restitution victims have been paid in full;

d) Woodbury is substituted as payee under the restitution order as to Warren Bolin in the amount of $25,600, payable to Woodbury only after restitution victims have been paid in full;

e) The restitution order as to Dale Hursh and Lucy Sierzant shall remain unchanged; and

f) The substituted payees, ING Financial Advisors, LLC, ING Life Insurance and Annuity Company, and Woodbury Financial Services, Inc., shall be paid pro rata only after all restitution victims are paid in full.

Dated: January 8, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court